ACCEPTED
15-25-00147-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/8/2025 3:34 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00147-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/8/2025 3:34:05 PM
CHRISTOPHER A. PRINE
Clerk

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

CHARLES WAGNER,
*Plaintiff-Appellant*,

v.

LAMAR UNIVERSITY, LAMAR UNIVERSITY POLICE DEPARTMENT, and
HECTOR FLORES,
*Defendants-Appellees.*

On Appeal from the 136th Judicial District Court of Jefferson County, Texas

**NOTICE OF APPEARANCE OF COUNSEL FOR APPELLEES LAMAR
UNIVERSITY, LAMAR UNIVERSITY POLICE DEPARTMENT, AND
HECTOR FLORES**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Drew L. Harris hereby enters his appearance as counsel for Appellees Lamar University, Lamar University Police Department, and Hector Flores. Joseph Keeney will remain as lead counsel for Appellees. Mr. Harris is an Assistant Attorney General for the State of Texas, a member in good standing with the State Bar of

- 1 -

Texas, and is admitted to practice before this Court. Mr. Harris's contact information is below:

> **Drew L. Harris**
> Special Counsel for Employment Law
> Office of the Attorney General | General Litigation Division
> P.O. Box 12548, Capitol Station
> Austin, Texas 78711-2548
> 737-224-3791 (direct)

Appellees ask the Clerk of this Court and all counsel of record take notice of this appearance of counsel for Appellees, and respectfully request that the Court serve Mr. Harris with all court-issued notices, all pleadings and other filings, and all other communications with respect to this matter.

Date: December 8, 2025

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division

/s/ *Drew L. Harris*
JOSEPH KEENEY
Texas Bar No. 24092616
DREW L. HARRIS
Texas Bar No. 24057887
Assistant Attorneys General
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 737-228-8812
Fax: 512-320-0667
Joseph.Keeney@oag.texas.gov
Drew.Harris@oag.texas.gov

***Attorneys for Appellees***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed electronically and that notice of this filing will be sent to the following persons through File & Serve Texas's electronic filing system on **December 8, 2025**:

Brandon P. Monk
The Monk Law Firm
4875 Parker Drive
Beaumont, Texas 77705
Phone: (409) 724-6665
Fax: (409) 729-6665
brandon@themonklawfirm.com

Larry Watts
P.O. Box 2214
Missouri City, Texas 77459
Ph. (281) 431-1500
Fax (877) 797-4055
wattstrial@gmail.com

*Attorneys for Plaintiff*

*/s/ Drew L. Harris*
**DREW L. HARRIS**

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Thomas Ray on behalf of Drew Harris
Bar No. 24057887
thomas.ray@oag.texas.gov
Envelope ID: 108848589
Filing Code Description: Other Document
Filing Description: Appellees' Notice of Appearance of Drew L. Harris
Status as of 12/8/2025 3:42 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Andrew Harris | 24057887 | Drew.Harris@oag.texas.gov | 12/8/2025 3:34:05 PM | SENT |
| Joseph Keeney | 24092616 | joseph.keeney@oag.texas.gov | 12/8/2025 3:34:05 PM | SENT |
| Larry Watts | | wattstrial@gmail.com | 12/8/2025 3:34:05 PM | SENT |
| Brandon P.Monk | | brandon@themonklawfirm.com | 12/8/2025 3:34:05 PM | SENT |
| Jennifer Holt | | jennifer.holt@oag.texas.gov | 12/8/2025 3:34:05 PM | SENT |
| Thomas Ray | | thomas.ray@oag.texas.gov | 12/8/2025 3:34:05 PM | SENT |

Associated Case Party: CharlesWagner

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Heather Johnson | | heather@themonklawfirm.com | 12/8/2025 3:34:05 PM | SENT |